UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:12-cr-00202-JAW |
| | ) | |
| CRAIG SANBORN | ) | |

**ORDER ON THE DEFENDANT'S DETENTION STATUS**

On April 25, 2014, after the jury issued a guilty verdict on Count One of the Indictment, the Defendant raised certain questions as to Mr. Sanborn's detention status. *Jury Verdict Form* (ECF No. 103). The Court allowed Mr. Sanborn to submit a memorandum on this issue and he did so on May 1, 2014. *Def.'s Memorandum Regarding His Detained Status* (ECF No. 105). In the memorandum, Mr. Sanborn concluded that "no action needs to be taken by the Court at this time." *Id.* Having reviewed Mr. Sanborn's memorandum and the attachments, the Court agrees. To the extent there is a request for relief from the Defendant regarding detention, the Court DISMISSES it without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2014